IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-443-FDW-DCK

| ONITA RAYNETTE SHERRILL, et al., | ) | |
|---|---|---|
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MILL CREEK RESIDENTIAL TRUST, LLC, et al., | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Forrest B. Johnson, Esq. and Affidavit" (Document No. 19) filed by Local Counsel Faith Fox on June 5, 2024.

Applicant Forrest B. Johnson seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Forrest B. Johnson is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 5, 2024

*[signature]*

David C. Keesler
United States Magistrate Judge